NUMBER 13-05-00129-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________
 
IN RE STEPHEN T. LEAS
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Stephen T. Leas, filed a petition for writ of mandamus in the above
cause on February 18, 2005. The Court, having examined and fully considered 
relator's petition for writ of mandamus and the response filed by real party in interest,
the Commission for Lawyer Discipline, is of the opinion that relator has not shown
himself entitled to the relief sought. Accordingly, the petition for writ of mandamus
is DENIED. See Tex. R. App. P. 52.8(a). 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 24th day of February, 2005.